UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH, | No. 1:19-cv-00651-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO CANCEL EARLY SETTLEMENT CONFERENCE (ECF Nos. 64, 65) |
| v. | |
| BROCKWAY, et al., | |
| Defendants. | |

On August 4, 2021, this Court entered an order directing the parties to participate in an early settlement conference. (ECF No. 61). On August 26, 2021, Plaintiff Gary Paul Smith filed two responses to this order. The responses address a variety of topics,[1] but pertinent here, Plaintiff states that the early settlement conference "will NOT be happening" and that he wishes to proceed with discovery. (ECF No. 64, p. 3).

Because the responses indicate a desire for a court order, the Court construes the responses as including a motion to vacate the early settlement conference and to commence discovery. *See* Fed. R. Civ. P. 7(b)(1) (stating that "[a] request for a court order must be made by motion"). Given Plaintiff's indication that an early settlement conference would be futile, the

---

[1] For example, Plaintiff discusses the merits of his case and his requested monetary relief, $10,770,000, and provides instructions for the Defendants to pay him the funds in various amounts and means. (ECF No. 64, p. 1-2; *see also* ECF No. 65). He appears to indicate that Defendants have until November 1, 2021, to pay him $10,770,000 or he will seek "billions." (ECF No. 65, p. 4).

1

Court will not order the parties to engage in a settlement conference. Therefore, the Court will vacate the early settlement conference.

Additionally, to the extent that Plaintiff requests for discovery to proceed, the Court will issue separate orders addressing discovery and scheduling.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's construed motion to cancel the early settlement conference (ECF Nos. 64, 65) is granted and the early settlement conference is vacated;
2. The Court will issue separate orders regarding discovery and the case schedule;
3. To the extent that Plaintiff's responses request and other relief, Plaintiff is directed to comply with Federal Rule of Civil Procedure 7(b)(1), which requires a request for a court order to be made by motion and that the motion be made in writing (unless made during a hearing or at trial), that the motion state with particularity the grounds for seeking the order, and that the motion state the relief sought.

IT IS SO ORDERED.

Dated: **August 30, 2021**

/s/ Eric P. Groj

UNITED STATES MAGISTRATE JUDGE