IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY PAUL SMITH,**<br><br>                                      Plaintiff,<br><br>     v.<br><br>**MUNICIPALITY OF FRESNO COUNTY,** et al.,<br><br>                                      Defendants. | Case No. 2:21-cv-1992 KJM AC P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER |

Defendants Brockway and Bishop filed an Ex Parte Application to Modify the Court's Scheduling Order. ECF No. 104. Having read and considered the Application and its attachments, the motion is GRANTED. The Scheduling Order is hereby modified as follows: The discovery cutoff is extended to August 22, 2022, for the purpose of allowing Defendants to take Plaintiff's deposition; and the deadline for Defendants to file a motion to compel is extended to August 29, 2022. All other portions of the Scheduling Order will remain in full force and effect.

   **IT IS SO ORDERED.**

Dated: July 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Ex Parte Application to Modify the Scheduling Order (2:21-cv-1992 KJM AC P)