UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>MUNICIPALITY OF FRESNO COUNTY, et al.,<br><br>  Defendants. | No.  2:21-cv-1992 KJM AC P<br><br><br><br>ORDER |

Defendants have filed a motion to compel plaintiff's deposition and as well a stay of the pretrial motions deadline, along with a memorandum of points and authorities and declaration of defendants' counsel in support of it.  ECF No. 107 et seq.  Good cause appearing, both the motion and the stay request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel plaintiff's deposition and their motion to stay the pretrial motions deadline (ECF No. 107) are GRANTED;

2. Within twenty-one days of the date of this order, plaintiff shall attend and cooperate fully in his deposition as required by Federal Rule of Civil Procedure 30;

3. The pretrial motions deadline currently calendared for September 30, 2022 (see ECF No. 88 at 6), is hereby STAYED pending completion of plaintiff's deposition, and

4. Within one week of the conclusion of plaintiff's deposition, defense counsel shall file a notice with the court indicating that plaintiff's deposition has been completed.

DATED: September 21, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE