IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY PAUL SMITH,** <br><br> Plaintiff, <br><br> v. <br><br> **MUNICIPALITY OF FRESNO COUNTY,** et al., <br><br> Defendants. | Case No. 2:21-cv-1992 KJM AC P <br><br> [PROPOSED] **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO TAKE PLAINTIFF'S DEPOSITION PURSUANT TO ORDER COMPELLING (ECF NO. 111)** |

    Defendants Brockway and Bishop have filed an Ex Parte Application for Extension of Time to Take Plaintiff's Deposition Pursuant to the Court's order issued September 21, 2022. ECF No. 113. Having read and considered the Application and its attachments, the motion is GRANTED. The deadline to take Plaintiff's deposition is hereby extended from October 12, 2022, to October 19, 2022. All other portions of the Court's September 21, 2022, order (see ECF No. 111) will remain in full force and effect.

    **IT IS SO ORDERED.**

Dated: September 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1