UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MUNICIPALITY OF FRESNO COUNTY, et al.,<br><br>    Defendants. | No.  2:21-cv-1992 KJM AC P<br><br><br><br>ORDER |

On September 21, 2022, the pretrial motions deadline in this case[1] was stayed pending defendants' completion of plaintiff's deposition.  See ECF No. 111.  At that time, defendants were ordered to notify the court after plaintiff's deposition had been completed.  Id. at 2.

On October 26, 2022, defendants notified the court that they have deposed plaintiff.  ECF No. 121.  Accordingly, the stay will be lifted and a new dispositive motion deadline will be set.

Accordingly, IT IS HEREBY ORDERED that:

1. The STAY of the pretrial motions deadline (ECF No. 111) is LIFTED; and

////

////

---

[1] The March 2022 discovery and scheduling order set a pretrial motions deadline of September 30, 2022.  See ECF No. 88 at 6.

1

2. The discovery and scheduling order (ECF No. 88) is MODIFIED IN PART to extend the deadline for dispositive pretrial motions to January 20, 2023. The discovery and scheduling order otherwise remains in full force and effect.

DATED: November 3, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE