UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>MUNICIPALITY OF FRESNO COUNTY, et al.,<br><br>   Defendants. | No. 2:21-cv-01992-DJC-AC<br><br>ORDER |

    On January 20, 2023 defendants filed a motion for summary judgment. Despite service of the motion at several different addresses for plaintiff, he has not opposed the motion. ECF Nos. 151, 153. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 26, 2024

                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE