1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GARY PAUL SMITH,                          No.  2:21-cv-01992 DJC AC

12              Plaintiff,

13         v.                                   FINDINGS AND RECOMMENDATIONS

14    MUNICIPALTY OF FRESNO COUNTY,
      et al.,
15
                Defendants.
16

17         Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to

18    42 U.S.C. § 1983.  On January 20, 2023 defendants filed a motion for summary judgment.  The

19    matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

20    Local Rule 302.

21         On June 7, 2023, August 16, 2023, and finally on March 27, 2024 plaintiff was ordered to

22    submit an in forma pauperis application for a non-prisoner as well as a proper opposition to the

23    pending motion for summary judgment.  ECF Nos. 145, 149, 154.  Plaintiff was repeatedly

24    warned that his failure to timely comply would result in a recommendation that this action be

25    dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure

26    41(b).  Despite multiple extensions of time, plaintiff has failed to submit the required IFP

27    application or to file an opposition to defendants' motion for summary judgment that complies

28    with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 260.

                                              1

1    For the foregoing reasons, IT IS HEREBY RECOMMENDED that:

2    1.  This action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure

3    41(b).

4    2.  The pending motions for summary judgment (ECF Nos. 135, 144) be denied as moot.

5    3.  The Clerk of Court be directed to close this case.

6    These findings and recommendations are submitted to the United States District Judge

7    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8    after being served with these findings and recommendations, any party may file written

9    objections with the court and serve a copy on all parties.  Such a document should be captioned

10   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

11   objections shall be filed and served within fourteen days after service of the objections.  The

12   parties are advised that failure to file objections within the specified time may waive the right to

13   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14   DATED: May 20, 2024

15   
16   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28